UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER FOSTER, | : | Case No. 1:14-cv-642 |
| Plaintiff, | : : : | Judge Timothy S. Black Magistrate Judge Karen L. Litkovitz |
| vs. | : : | |
| HAMILTON COUNTY, *et al.*, | : : | |
| Defendants. | : | |

## DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on August 22, 2014 submitted a Report and Recommendations. (Doc. 4). Plaintiff did not file objections.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*; and

3. This civil action is **TERMINATED**.

**IT IS SO ORDERED.**

Date: 10/20/14

Timothy S. Black
United States District Judge

2